```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 09-60110-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

TRAVIS DAVIS,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on February 7, 2013.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 7, 2013. A Evidentiary Hearing was held on April 17, 2013 wherein a Stipulation was filed by the parties. The Magistrate Judge's Report and Recommendation found that the Defendant had violated his term of supervised release with respect to each of the violations. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2013.

                                             */s/ Donald L. Graham*
                                             DONALD L. GRAHAM
                                             UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Robert Luck, AUSA
        Fletcher Peacock, AFPD
        Urania Salamanca, USPO